# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2862 Disciplinary Docket No. 3 |
| | : |
| JEWEL M. HARMON | : No. 28 DB 2022 |
| | : |
| | : (District of Columbia Court of Appeals, |
| | : No. 21-BG-738) |
| | : |
| | : Attorney Registration No. 50826 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2022, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Jewel M. Harmon is suspended from the practice of law for a period of sixty days, with the suspension stayed in favor of a one-year probation with conditions, consistent with the Order of the District of Columbia decided February 3, 2022.